IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID A. BURLINGAME, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 10-714 |
| : | |
| MICHAEL J. ASTRUE, : | |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 7th day of July 2011, after careful review and independent consideration of Plaintiff's request for review, Defendant's response, the Report and Recommendation of United States Magistrate Judge Linda Caracappa, the objections to the Report and Recommendation and the response thereto, it is hereby **ORDERED** that:

1. The Clerk of Court is directed to remove this action from the suspense docket and return it to the active docket;

2. The Report and Recommendation is **APPROVED** and **ADOPTED IN PART** as set forth in the accompanying Memorandum Opinion;

3. The Plaintiff's request for reversal is **GRANTED**; and

4. The case is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation and the accompanying Memorandum Opinion.

It is so **ORDERED**.

                   BY THE COURT:


                    /s/ Cynthia M. Rufe
                   CYNTHIA M. RUFE, J.